301 So.2d 93

In re The INDEPENDENT LIFE AND ACCIDENT INSURANCE COMPANY, a corp.

v.

Willie J. MAXWELL.

Ex parte The Independent Life and Accident Insurance Company, a corporation.

SC 961.

Supreme Court of Alabama.

Sept. 26, 1974.

Harry D. Raymon, Tuskegee, for petitioner.

No brief for respondent.

BLOODWORTH, Justice.

Petition of Independent Life and Accident Insurance Co., a Corp. for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Independent Life and Accident Insurance Co., a Corp. v. Maxwell, 53 Ala.App. 396, 301 So.2d 85.

Writ denied.

HEFLIN, C. J., and COLEMAN, McCALL and JONES, JJ., concur.

303 So.2d 145

In re ex parte Eugene Howard JAMES.

Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.

SC 885.

Supreme Court of Alabama.

Nov. 7, 1974.

William J. Baxley, Atty. Gen., and George M. Van Tassel, Jr., Asst. Atty. Gen., for the State, petitioner.

Drake, Knowles & Still, University, for respondent.

FAULKNER, Justice.

Even though this court is quashing the writ, it does not mean that the court necessarily approves or disapproves all that was said in the opinion by the Court of Criminal Appeals.

Writ quashed as being improvidently granted.

HEFLIN, C. J., and MERRILL, COLEMAN, HARWOOD, BLOODWORTH, MADDOX, McCALL and JONES, JJ., concur.